UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LESLIE HEDGES, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>EARTH, INC., a Massachusetts corporation,<br><br>        Defendant. | Case No. 1:14-cv-09858 |

**DEFENDANT'S MOTION TO DISMISS
COUNT I OF PLAINTIFF'S CLASS ACTION COMPLAINT**

      Defendant Earth, Inc., by and through its counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), submits this Motion to Dismiss Count I of the Class Action Complaint filed by Plaintiff Leslie Hedges (the "Plaintiff" or "Ms. Hedges"), individually and on behalf of all others similarly situated, for the reasons more fully set forth in the Memorandum in Support filed with this Motion, which is incorporated by references herein.

      WHEREFORE, Defendant Earth, Inc. respectfully requests that the Court grant this Motion and dismiss Count I of Plaintiff Leslie Hedges's Class Action Complaint with prejudice.

Dated: February 2, 2015        Respectfully submitted,

                                        EARTH, INC.

                                        By: /s/ Marty J. Bishop
                                        One of the Attorneys for Defendant


                                        Marty J. Bishop
                                        *mbishop@foley.com*
                                        Daniel W. Werly
                                        *dwerly@foley.com*

Foley & Lardner LLP
321 N. Clark St.
Ste. 2800
Chicago, Illinois 60654
312.832.4500
Fax: 312.832.4700

Russell Beck
*rbeck@beckreed.com*
Stephen Riden
*sriden@beckreed.com*
Beck Reed Riden LLP
155 Federal Street
Ste. 1302
Boston, Massachusetts 02110
617.500.8660
Fax: 617-500-8665
*Pro Hac Vice Pending*

**CERTIFICATE OF SERVICE**

    I, Daniel W. Werly, an attorney, hereby certify that on February 2, 2015, I caused a copy of the foregoing DEFENDANT'S MOTION TO DISMISS COUNT I OF PLAINTIFF'S CLASS ACTION COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                                    /s/ Daniel W. Werly